UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROTECT THE PUBLIC'S TRUST,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION,**<br><br>*Defendant.* | Civil Action No. 22-0135 (FYP) |

## ORDER

This case comes before the Court upon the filing of Defendant's [4] Answer to Plaintiff's Complaint. In light of this filing, it is hereby

**ORDERED** that the parties shall meet and confer and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, and whether a *Vaughn* index will be required in this case. The parties shall file their Joint Status Report containing this schedule on or before April 4, 2022.

**SO ORDERED**.

_____
FLORENCE Y. PAN
United States District Judge

Date:   March 2, 2022