UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

             Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,

             Defendant.

Civ. A. No. 22-0135 (UNA)

## JOINT STATUS REPORT

    The parties, through counsel, respectfully file this Joint Status Report to provide the Court with a status update on Defendant U.S. Department of Education's (the "Department's") searches and processing of records in response to Plaintiff's Freedom of Information Act ("FOIA") request.

    As reported in previous Joint Status Reports, the Department tasked the following five components with conducting searches for responsive records: Office of the Secretary, Office of Elementary and Secondary Education, Office of the General Counsel, Office of Civil Rights, and the Office of Communications and Outreach.

    As previously reported, the Department issued a third production on October 18, 2022. After this final production, Plaintiff submitted several questions to the Department regarding its response to Plaintiff's FOIA request. The Department has reviewed and responded to these questions. When reviewing these questions from Plaintiff, the Department decided to conduct a supplemental search for custodians' Team messages from four of the five program offices, which yielded a few documents. In addition, the Department was able to gather an additional email containing the final version of a press inquiry, the drafts of which were withheld in prior productions pursuant to the deliberative process privilege protected by FOIA Exemption 5. The

Department has processed and produced these above-mentioned documents in a fourth interim release issued on February 16, 2023. Separately, the Department has reevaluated its responsiveness review for one program office from which it is currently processing approximately 80 additional documents. The Department will include the non-exempt portions of these documents in a fifth and separate production.

The parties will continue to confer on the above matters and any other issues regarding the Department's response to Plaintiff's FOIA request to resolve any issues among themselves.

Under the current scheduling order, the parties' next joint status report is due by March 20, 2023.

Dated: February 17, 2023
      Washington, DC

  */s/ Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for the Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       */s/ Anna D. Walker*
    ANNA D. WALKER
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2544
    anna.walker@usdoj.gov

*Counsel for Defendant*